# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2013

147381

AMERICAN FAMILY HOMES, INC.,
THOMAS PROSE, and MARIA PROSE,
      Plaintiffs/
      Cross-Defendants-Appellants,

v

GLENNBROOK BEACH ASSOCIATION,
      Defendant/
      Cross-Plaintiff-Appellee,
and

TOWNSHIP OF DEXTER,
      Defendant-Appellee,
and

MICHIGAN STATE TREASURER,
WASHTENAW COUNTY DRAIN
COMMISSIONER, WASHTENAW
COUNTY BOARD OF ROAD
COMMISSIONERS/CHAIRMAN, SBC
MICHIGAN, DTE ENERGY COMPANY,
CONSUMERS ENERGY COMPANY,
CHARTER COMMUNICATIONS, JOSEPH
P. KELLY, PATRICIA A. KELLY, THOMAS
H. NULF, GARY L. SOUTH, DIANNE J.
SOUTH, LARRY DARWIN LAKE, as Trustee
for the Larry Darwin Lake Revocable Trust,
MICHELE A. LAKE, as Trustee for the Michele
A. Lake Revocable Trust, CHARLES A.
SKELTON, ROBERT L. VONBERGE,
ELAINE M. VONBERGE, OTTO K. RIEGGER,
JOYCE E. RIEGGER, LARRY J. FERGUSON,
ANDREA E. BOSTIAN-FERGUSON, CHRIS S.
DONAJKOWSKI, THERESA L.
DONAJKOWSKI, VINCENT P. STAHL, SR.,
ELAINE STAHL, VINCENT P. STAHL, JR.,
LISA STAHL, RONALD H. KRASKA,
PATRICIA L. KRASKA, RICHARD M.
FRANKHART, GINA L. FRANKHART, ANN

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147381
COA: 301489
Washtenaw CC: 05-000843-CH

COURTNEY, as Trustee for the Ann Courtney
Trust, JACOB DARRELL, RICHARD BEN
OWEN, CHARLES F. MORTON, SUSAN F.
MORTON, PAUL LOVETT, ANN M.
LOVETT, MULTILAKE WATER & SEWER
AUTHORITY, JOAN CRIMMINS, and
JERRY VORVA,

           Defendants.

_____/

     On order of the Court, the application for leave to appeal the May 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

t1021